**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| DIOMER ANDRADE-ARGUMEDO,     ) | |
|             ) | |
|      Petitioner,        ) | |
|             ) | No. 2:26-cv-02604-TLP-cgc |
| v.             ) | |

DIOMER ANDRADE-ARGUMEDO,       )
                             )
      Petitioner,           )
                             )      No. 2:26-cv-02604-TLP-cgc
v.                            )
                             )
TRINITY MINTER, Warden, and US       )
IMMIGRATION AND CUSTOMS         )
ENFORCEMENT,             )
                             )
      Respondents.         )

**ORDER DIRECTING PETITIONER TO PROCEED PRO SE**
**OR THROUGH COUNSEL**

Petitioner Diomer Andrade-Argumedo, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee since November 6, 2025,[1] petitions for a writ of habeas corpus under 28 U.S.C. § 2241.  (ECF No. 2.)  Respondent has already appeared in this case.

The Petition states that Petitioner is pro se.  (*Id.* at PageID 2.)  But it also states that he is proceeding through "next friend Angelica Montanez."  (*Id.* at PageID 2.)  And Ms. Montanez has agreed to receive Notices of Electronic Filings in this case.  (ECF No. 2-2.)  It is unclear whether Petitioner signed the Petition or Ms. Montanez did.  (*See* ECF No. 2 at PageID 9.)

Non-attorneys may not represent a party in federal court, absent certain exceptions that do not apply here.  *See* 28 U.S.C. § 1654; *see also Pollard v. Phillips*, No. 22-3809, 2023 WL 8740376, at *1 (6th Cir. Dec. 14, 2023) ("[A] pro se litigant may only represent himself, so the district court was right to deny the motions as to the plaintiffs who never signed.").

---

[1] Petitioner's identification number is 244772183.  (ECF No. 2 at PageID 2.)

1

The Court therefore **ORDERS** one of the following:

(1)     If Ms. Montanez is an attorney, she must file an affidavit attesting to that fact and supply her bar number;

(2)     If Ms. Montanez is not an attorney, Petitioner must proceed pro se by filing a notice that certifies it is his signature on the Petition or file an amended petition that is signed by him; or

(3)     If Ms. Montanez is not an attorney, Petitioner may retain counsel who files a notice of appearance as well as an amended petition.

Petitioner shall abide by this Order within **twenty-one (21) days** after entry of this Order.

Failure to do so may result in the Court dismissing this case without further notice.  *See* Fed. R. Civ. P. 41(b).

**SO ORDERED**, this 4th day of June, 2026.

        s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE