**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| DIOMER ANDRADE-ARGUMEDO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-cv-02604-TLP-cgc |
| v. | ) | |
| | ) | |
| CHRISTOPHER BULLOCK, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE AND DIRECTING**
**PETITIONER TO REPLY**

Pro se Petitioner Diomer Andrade-Argumedo, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee since November 6, 2025, petitions for a writ of habeas corpus under 28 U.S.C. § 2241.  (ECF No. 2.)  Respondent has already appeared in this case.

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondent not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending.  *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

Given the grounds for challenge raised in the § 2241 Petition, the Court **ORDERS** Respondent to show cause in writing within **seven (7) days** of service why the § 2241 Petition should not be granted.  *See* 28 U.S.C. § 2243.

The Court further **ORDERS** Petitioner to file a reply to Respondent's return within **twenty-one (21) days** of service.  Petitioner may request an extension of time if he moves for the extension on or before the due date of his reply.  The Court will not rule on the Petition until it

1

receives Petitioner's reply.  Failure to comply with this requirement may justify the Court dismissing the Petition without further notice.  *See* Fed. R. Civ. P. 41(b).

If necessary, the Court will set a hearing by separate order.  *See* 28 U.S.C. § 2243.

**SO ORDERED**, this 21st day of July, 2026.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE